ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Alutiiq Global Solutions, LLC | ) ASBCA No. 62903 |
| | ) |
| Under Contract No. W91QV1-05-C-0004 | ) |

APPEARANCE FOR THE APPELLANT:      Stowell B. Holcomb, Esq.
      Jackson Holcomb LLP
      Seattle, WA

APPEARANCES FOR THE GOVERNMENT:      Scott N. Flesch, Esq.
      Army Chief Trial Attorney
      CPT Carlos S. Pedraza, JA
      Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: December 8, 2021

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62903, Appeal of Alutiiq Global Solutions, LLC, rendered in conformance with the Board's Charter.

Dated: December 8, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals